JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 569 -- In re Air Crash Disaster at Covington, Kentucky,
on June 2, 1983

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 83/10/07 | 1 | *(A 1 - A-o)* MOTION, BRIEF, SCHEDULE OF ACTIONS -- pltfs. Bouchard, Drdul, Helston, Mayne, Nicol, Rahal, Ruttan and Spruston w/cert. of svc. Notified all counsel of record. -- SUGGESTED TRANSFEREE DISTRICT: E.D. Kentucky  SUGGESTED TRANSFEREE JUDGE -- (ds) |
| 83/10/17 | | APPEARANCES -- John J. Hennelly for McDonnell Douglas Corp.; Richard E. Guster for General Tire & Rubber Co.; Gerald Lear for Gerald Bouchard, Lorraine Drdul, Judith Helston, Brenda Mayne, Shelagh Nicol, Betty Pohl, Catherine Rahal, Audire Ruttan & Carole Spruston; L.S. Carsey for Air Canada; Windle Turley for Anhoa Nguyen, et a.    (emh) |
| 83/10/19 | | APPEARANCE:  Marshall S. Turner for Fairchild Industries, Inc. (emh) |
| 83/10/20 | | APPEARANCE:  James M. FitzSimons, Esq. for Criton Corp. Robert C. Ewald, Esq. for E. I. DuPont De Nemours & Co.                                             (rew) |
| 83/10/24 | 2 | RESPONSE/BRIEF -- pltfs. An Hoa Nguyen, et al. w/cert. of svc.  (ds) |
| 83/10/24 | 3 | BRIEF -- Fairchild Industries, Inc. w/cert. of svc.  (ds) |
| 83/10/24 | 4 | RESPONSE/BRIEF -- Air Canada w/cert. of svc.  (ds) |
| 83/10/24 | 5 | RESPONSE -- McDonnell Douglas Corp. w/cert. of svc. (ds) |
| 83/10/24 | 6 | REQUEST FOR EXTENSION OF TIME -- Criton Corp. w/cert. of svc. GRANTED to and including November 1, 1983.  Notified involved counsel.  (ds) |
| 83/10/24 | 7 | RESPONSE -- U.S.A. w/cert. of svc.  (ds) |
| 83/10/26 | 8 | NOTICE OF RELATED ACTIONS -- Rosemary B. Drake v. McDonnell Douglas Corp., C.D. Calif., 83-6799 LEW and Dale Thompson v. McDonnell Douglas Corp., C.C. Calif., 83-6826 --filed by pltfs. Drake and Thompson w/svc.  (ds) |
| 83/10/26 | | APPEARANCE -- MILTON G. SINCOFF, ESQ. for Drake and Thompson (plaintiffs not included in the motion)  (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET: **569** · In re Air Crash Disaster at Covington, Kentucky, on June 2, 1983

| Date | No. | Description |
|------|-----|-------------|
| 83/11/01 | 9 | RESPONSE -- Criton Corp. w/cert. of svc. (ds) |
| /04 | 10 | REQUEST FOR PERMISSION TO FILE -- E.I. du Pont -- GRANTED (cds) |
| 83/11/04 | 11 | RESPONSE, BRIEF, CERTIFICATE OF SERVICE -- E.I. du Pont de Nemours & Co. (cds) |
| 83/11/28 | 12 | CROSS MOTION, BRIEF, SCHEDULE & CERT. OF SVC. -- pltfs. Drake, Thompson and Epprecht -- Adding A-10 thru A-19. ~~(cds)~~ and including A-1 through A-9, SUGGESTED TRANSFEREE DISTRICT: C.D. CALIFORNIA (cds) |
| 83/12/09 | 13 | RESPONSE -- Carol Cox White -- w/cert. of svc. (emh) |
| 83/12/13 | | APPEARANCE -- Blake C. Erskine for Carol Cox White (emh) |
| 83/12/19 | | HEARING ORDER -- Setting motions of plaintiffs Gerald Bouchard, Lorraine Drdul, Judith L. Helston, Brenda June Mayne, Shelagh M. N Nichol, Catherine S. Rahal, Audrie M. Ruttan and Carole Diane Spruston for transfer of certain actions to the E.D. Kentucky, and CROSS-MOTION of plaintiffs Rosemary B. Drake, et al., Dale Thompson, et al., and Susan M. Epprecht, et al. for transfer of actions to the C.D. California, for Panel hearing on January 26, 1984, in Atlanta, Georgia. (ds) |
| 83/12/29 | 14 | RESPONSE/BRIEF -- Pltfs. Randy Stuart Morris, et al. (Interested party) -- w/cert. of svc. (emh) |
| 84/01/10 | 15 | JOINDER IN CROSS-MOTION -- (ref: pldg. No. 12) to include A-20 Caroline A. Hull, etc. v. McDonnell Douglas Corp., et al., C.D. Cal., C.A. No. CV84-0116 -- filed by pltf. Hull w/cert. of svc. (ds) |
| 84/01/17 | 16 | MOTION FOR AN EXTENSION OF TIME TO FILE REPLY AND BRIEF -- Accepted for filing on 1/17/84 (ds) |
| 84/01/17 | 17 | REPLY/BRIEF -- pltfs. Bouchard, Drdul, Helston, Mayne, Nicol, Rahal, Ruttan, and Spruston w/cert. of svc. (ds) |
| 84/01/18 | | APPEARANCE -- LESLIE A. LUPERT, ESQ. for Caroline A. Hull, etc. (ds) |
| 84/01/23 | | HEARING APPEARANCES: GERARD R. LEAR, ESQ. for Gerald Bouchard; Lorraine Drdul; Judith L. Helston; Brenda June Mayne; Shelagh M. Nicol; Catherine S. Rahal; Audrie M. Ruttan; Carole Diane Spruston; Betty Irene Pohl; Diane Ariel Rogers; Barry S. Flower; Marion J. Lambert; Gerald N. Vokey; KEVIN L. MURPHY, ESQ. for E.I. duPont de Nemours & Co.; MARSHALL TURNER, ESQ. for Fairchild Ind., Inc.; (CONTINUED ON NEXT PAGE...) |

3

569     In re Air Crash Disaster at Covington, Kentucky, on June 2, 1983

| | |
|---|---|
| 84/01/23 | Hearing appearances<br>...continued -- BLAKE C. ERSKINE, ESQ. for Carol Cox White, et al.; JOHN HOWIE, ESQ. for Anhoa Nguyen, et al.; Diane Fadley, et al.; Harry Moseley, et al.; Diana Mathes, et al; Roy Grubbs; BOYD WAGGONER OR JOHN HOWIE, ESQS. for Curtis Mathes; L.S. CARSEY, ESQ. for Air Canada;  JOHN J. HENNELLY, JR., ESQ. for McDonnell Douglas Corp.; JAMES W. HUNT, ESQ. for Criton Corp.; MILTON G. SINCOFF, ESQ. OR ARTHUR H. ROSENBERG, ESQ. for Rosemary B. Drake, et al.; Dale Thompson, et al.; Susan M. Epprecht, et al.;  LESLIE A. LUPERT, ESQ. for Caroline A. Hull  (cds) |
| 84/01/23 | WAIVER OF ORAL ARGUMENT:  The General Tire & Rubber Co.  (cds) |
| 84/02/24 | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of the litigation to the Honorable Laughlin E. Waters for pretrial proceedings pursuant to 28 U.S.C. §1407. |
| 84/02/24 | TRANSFER ORDER -- Transferring A-1 thru A-9 and A-13 thru A-19, to the Central District of California and assigning the litigation to the Honorable Laughlin E. Waters for pretrial proceedings -- Notified involved clerks, judges, counsel, recipients and publishers.  (ds) |
| 84/02/28 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-21 Barry S. Flower v. Air Canada, et al., E.D. Kentucky, C.A. No. 83-264; B-22 Robert E. S. Lambert, et al., v. Air Canada, et al., E.D. Kentucky, C.A. No. 83-265. Notified involved judges and counsel. (rh) |
| 84/03/15 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-21 Barry S. Flower v. Air Canada, et al., E.D. Kentucky, C.A. No. 83-264; B-22 Robert E. S. Lambert, et al., v. Air Canada, et al., E.D. Kentucky, C.A. No. 83-265. Notified involved Clerks and Judges. (emh) |
| 84/03/23 | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-23 Anhoa Nguyen, et al. v. Air Canada, et al., N.D. Texas, C.A. No. 3-83-1496-R -- NOTIFIED INVOLVED JUDGES AND COUNSEL  (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 569 -- In re Air Crash Disaster at Covington, Kentucky, on June 2, 1983

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/04/09 Harry Moseley, | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-24 et al. v. Air Canada, et al., N.D. Tex., C.A. No. CA3-83-1501-R -- Notified involved judges and counsel (rh) |
| 84/04/09 Harry Moseley, | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-24 et al. v. Air Canada, et al., N.D. Tex., C.A. No. CA3-83-1501-R -> Notified involved judges and counsel (rh) |
| 84/04/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-24 Harry Moseley, et al. v. Air Canada, et al., N.D. Tex., C.A. No. CA3-83-1501-R -- Notified involved judges and counsel (rh) |
| 84/04/10 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-23 Anhoa Nguyen, et al. v. Air Canada, et al., N.D. Tex., C.A. No. 3-83-1496-R.  Notified involved clerks and judges.  (ds) |
| 84/04/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-24 Harry Moseley, et al. v. Air Canada, et al., N.D. Texas, C.A. No. CA-3-83-1501-R -- Notified involved clerks and judges.  (ds) |
| 84/05/07 | 18 | NOTICE OF POTENTIAL TAG-ALONG ACTION (requesting Rule 9(a) order) -- Norma Dale Esdaile, etc v. Air Canada, et al., E.D.Ky., C.A. No. 84-93 -- submitted by McDonnell Douglas Corp.  (cds) |
| 84/05/11 | | CONDITONAL TRANSFER ORDER FILED TODAY -- B-25 TO B-30 -- Notified involved judges and counsel -- Listed below. (rh) |

| | | |
|---|---|---|
| B-25 | Diane A. Rogers, et al. v. Air Canada, et al. | E.D. Ky. 83-248 Bertelsman |
| B-26 | Gerald N. Vokey, et al. Air Canada, et al. | E.D. Ky. 84-3 Bertelsman |
| B-27 | Carol Cox White, et al. v. Air Canada, et al. | E.D. Ky. 84-17 Bertelsman |
| B-28 | Frank J. Korycki, et al. v. Air Canada, et al. | E.D. Ky. 84-26 Bertelsman |
| B-29 | Stuart Peikes, et al. v. Air Canada, et al. | E.D. Ky. 84-80 Bertelsman |
| B-30 | Norma Dale Esdaile, et al. v. Air Canada, et al. | E.D. Ky. 84-93 Bertelsman |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **569** -- In re Air Crash Disaster at Covington, Kentucky, on June 2, 1983

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/05/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-31 Carol Cox White, et al. v. Criton Corp., et al., W.D. Washington, C.A. No. C84-428. Notified involved judge and conusel. (rh) |
| 84/05/30 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (B-25 - B-30, listed below) -- NOTIFIED INVOLVED JUDGES AND CLERKS   (cds) |

|  |  |  |  |
|---|---|---|---|
| B-25 | Diane A. Rogers, et al. v. Air Canada, et al. | E.D. Ky. | 83-248 Bertelsman |
| B-26 | Gerald N. Vokey, et al. Air Canada, et al. | E.D. Ky. | 84-3 Bertelsman |
| B-27 | Carol Cox White, et al. v. Air Canada, et al. | E.D. Ky. | 84-17 Bertelsman |
| B-28 | Frank J. Korycki, et al. v. Air Canada, et al. | E.D. Ky. | 84-26 Bertelsman |
| B-29 | Stuart Peikes, et al. v. Air Canada, et al. | E.D. Ky. | 84-80 Bertelsman |
| B-30 | Norma Dale Esdaile, et al. v. Air Canada, et al. | E.D. Ky. | 84-93 Bertelsman |

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/06/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-31 Carol Cox White, et al. v. Criton Corp., et al., W.D. Wash., C.A. No. C84-428. Notified involved clerks and judges. (ds) |
| 84/06/12 | 19 | NOTICE OF POTENTIAL TAG-ALONG ACTIONS (requesting Rule 9(a) order) -- William D. Hillmann, etc. v. Air Canada, et al., E.D.Ky., #84-123 and William D. Hillmann, etc. v. Air Canada, et al., E.D.Ky., #84-124 -- submitted by McDonnell Douglas Corp. w/cert. of service and complaints  (cds) |
| 84/06/20 | 20 | NOTICE OF POTENTIAL TAG-ALONG ACTION -- Laura Kayama, et al. v. McDonnell Douglas Corp., D. Md., C.A. No. R84-2211 w/scv, and complaint. (ds) |
| 84/07/12 | | APPEARANCE:  Joseph E. Gregorich, Esq. for B.F. Goodrich Co. (cds) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 569 -- In re Air Crash Disaster at Covington, Kentucky, on June 2, 1983

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/06/28 | | CONDITIONAL TRANSFER ORDERS FILED TODAY - C-56 -C-66, (listed beolow) -- Notified involved judge and counsel (rh) |

| | | | | |
|---|---|---|---|---|
| C-56 | William D. Hillman, etc. v. Air Canada, et al. | E.D.Ky. Bertelsman | 84-123 | |
| C-57 | William D. Hillman, etc. v. Air Canada, et al. | E.D.Ky. Bertelsman | 84-124 | |
| C-58 | William D. Hillman, et al. v. Tenneco Chemicals, Inc., et al. | E.D.Ky. Bertelsman | 84-127 | |
| C-59 | William D. Hillman, etc. v. Tenneco Chemicals, Inc., et al. | E.D.Ky. Bertelsman | 84-128 | |
| C-60 | Laura Kayama, et al. v. McDonnell Douglas Corp. | D.Md. Ramsey | R-84-2211 | |
| C-61 | Melinda C. Mathes, etc. v. Air Canada Corp., et al. | N.D.Tex. Fish | CA3-84-0871 | |
| C-62 | Melinda C. Mathes, etc. v. Criton Corp., et al. | W.D.Wash. Coughenour | C84-722 | |
| C-63 | Norma Dale Esdaile, etc. v. Criton Corp., et al. | W.D.Wash. Coughenour | C84-723 | |
| C-64 | Lorraine Caroline Doyle, et al. v. Criton Corp., et al. | W.D.Wash. Coughenour | C84-724 | |
| C-65 | Doris Eldeen Roeher, etc. v. Criton Corp., et al. | W.D.Wash. Rothstein | C84-725 | |
| C-66 | Ethel May Burgess, etc. v. Criton Corp., et al. | W.D.Wash. Coughenour | C84-726 | |

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/06/29 | 21 | NOTICE OF RELATED ACTION (Re: C-61 Mathes, etc. v. Air Canada, et al., N.D.Tex., CA3-84-0871 -- McDonnell Douglas Corp. -- w/svc. (emh) |
| 84/07/09 | 22 | NOTICE OF RELATED ACTION (Tarala v. McDonnell Douglas Corp., et al., N.D. Cal., 84-4410-EFL) -- McDonnell Douglas Corp. -- w/svc. (emh) |
| 84/07/12 | 23 | NOTICE OF OPPOSITION -- C-56 William D. Hillman, et al. v. Air Canada, et al., E.D. Ky., C.A. No. 84-123 and C-57 William D. Hillman, et al. v. Air Canada, et al., E.D.Ky., C.A. No. 84-124 -- filed by Dow Chemical Co. w/svc.  Notified involved clerks, judges and counsel.  (ds) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 569 -- *p. 7* In re Air Crach Disaster at Covington, Kentucky, on June 2, 1983

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 84/07/16 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-58 thru C-66 listed below.  Notified involved clerks and judges. (ds) |

| | | | | |
|---|---|---|---|---|
| C-58 | William D. Hillman, et al. v. Tenneco Chemicals, Inc., et al. | E.D.Ky. Bertelsman | 84-127 |
| C-59 | William D. Hillman, etc. v. Tenneco Chemicals, Inc., et al. | E.D.Ky. Bertelsman | 84-128 |
| C-60 | Laura Kayama, et al. v. McDonnell Douglas Corp. | D.Md. Ramsey | R-84-2211 |
| C-61 | Melinda C. Mathes, etc. v. Air Canada Corp., et al. | N.D.Tex. Fish | CA3-84-0871 |
| C-62 | Melinda C. Mathes, etc. v. Criton Corp., et al. | W.D.Wash. Coughenour | C84-722 |
| C-63 | Norma Dale Esdaile, etc. v. Criton Corp., et al. | W.D.Wash. Coughenour | C84-723 |
| C-64 | Lorraine Caroline Doyle, et al. v. Criton Corp., et al. | W.D.Wash. Coughenour | C84-724 |
| C-65 | Doris Eldeen Roeher, etc. v. Criton Corp., et al. | W.D.Wash. Rothstein | C84-725 |
| C-66 | Ethel May Burgess, etc. v. Criton Corp., et al. | W.D.Wash. Coughenour | C84-726 |

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 84/07/27 | 24 | MOTION TO VACATE CTO's -- C-56 Hillman, etc. v. Air Canada, et al., E.D. Ky., 84-123; and C-57 Hillman, etc. v. Air Canada, et al., E.D. Ky., 84-124 -- filed by Dow Chemical Co. -- w/cert. of svc. (emh) |
| 84/07/31 | | APPEARANCE:  RICHARD F. ALLEN, ESQ. for General Plastics Mfg. Co.  (cds) |
| 84/08/06 | | HEARING ORDER -- setting oppositions to transfer *C-56 a C-57* B-7 for Panel hearing in San Francisco, California on September 20, 1984.  (ds) |
| 84/08/13 | 25 | RESPONSE (to pldg. 24) -- McDonnell Douglas Corp. -- w/cert. of service (cds) |
| 84/08/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-68 Tarala v. McDonnell Douglas Corp., et al., N.D. Cal., C.A. No. C-84-4410-EFL -- Notified involved counsel and judges.  (ds) |
| 84/08/21 | 26 | LETTER (withdrawing motion to vacate C-56 Hillman, etc. v. Air Canada, et al., E.D. Ky., 84-123; and C-57 Hillman, etc. v. Air Canada, et al., E.D. Ky., 84-124) -- signed by Gerald L. Baldwin, counsel for Dow -- w/service (cds) |

JPML FORM 1A

*P. 8*

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *569* -- In re Air Crash Disaster at Covington, Kentucky, on June2, 1983

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 84/08/28 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDERS AND VACATING THE SEPTEMBER 20, 1984 HEARING -- C-56 William D. Hillman, etc. v. Air Canada, et al., E.D. Ky., 84-123; C-57 William D. Hillman, etc. v. Air Canada, et al., E.D. Ky., 84-124 -- NOTIFIED INVOLVED COUNSEL and judges and clerks. (emh) |
| 84/08/30 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (D-68) Tarala v. McDonnell Douglas Corp., et al., N.D. Cal., #C84-4410-EFL -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |
| 85/07/10 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- E-71 - E-74 listed below -- Notified involved counsel and judges (rh) |

| | Ref. | | | |
|--|------|--|--|--|
| | E-71 | Laura Kayama, et al. v. E.I. Dupont De Nemours & Co. | D.Del. Wright | 85-330 |
| | E-72 | Laura Kayama, et al. v. Fairchild Industries, Inc. | D.Md. Hargrove | HAR -85-2292 |
| | E-73 | Laura Kayama, et al. v. Gencorp, Inc. a/k/a General Tire & Rubber Co. | S.D.Ohio Spiegel | C-1-85-1038 |
| | E-74 | Laura Kayama, et al. v. Criton Corp., et al. | W.D.Wash Voorhees | C-85-957-V |

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 85/07/26 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- E-71 Laura Kayama, et al. v. v. E.I. Dupont De Nemours & Co., D.Del., #85-330; E-72 Laura Kayama, et al. v. Fairchild Industries, Inc., D.Md., HAR-85-2292; E-73 Laura Kayama, et al. v. Gencorp, Inc. a/k/a General Tire & Rubber Co., S.D.Ohio, #C-1-85-1038; E-74 Laura Kayama, et al. v. v. Criton Corp., et al., W.D.Wash., #C-85-957-V -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 569 -- __IN RE AIR CRASH DISASTER AT COVINGTON KENTUCKY , ON JUNE 2, 1983__

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/03/20 | 27 | SUGGESTION FOR REMAND -- (3 actions) - signed by Judge Irving (tmq) |
| 86/03/20 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-15 Diana Mathes, et al. v. Air Canada, et al., C.D. Cal., #84-1535-LEW (Mcx) (N.D. Texas, #CA-3-83-1386-R); A-16 Curtis Mathes v. Air Canada, et al., C.D. Cal., #84-1536-LEW(Mcx) (N.D. Texas, #3-1327-R); C-61 Melinda C. Mathes, etc. v. Air Canada, et al., C.D. Cal., #84-5596-LEW(Mcx) N.D. Texas, #3-84-0871-F) notified judges and all counsel (tmq) |
| 86/04/07 | | CONDITIONAL REMAND ORDER ~~FILED~~ FINAL TODAY -- A-15, A-16, C-61 Curtis M. Mathes v. Air Canada, et al., C.D. California, # 84-1536-LEW(Ncx) (N.D. Texas, #3-1327-R), Diana Mathes, et al. v. Air Canada, et al., C.D. California #84-1535-LEW(Mcx) (N.D. Texas, #3-83-1386-R), Melinda C. Mathes, etc. v. Air Canada, et al., C.D. California, #84-5596-LEW(Mcx) (N.D. Texas, #3-84-0871-F) -- Notified involved judge and clerks (tmq) |
| 86/05/15 | | SUGGESTION FOR REMAND -- C-57 Hillman, et al. v. Air Canada, et al., C.D. California, C.A. No. CV-84-6729LEW(Mcx) (E.D. Kentucky, C.A. No. 84-124) -- signed by Judge Laughlin E. Waters, C.D. Cal. (rh) |
| 86/05/15 | | CONDITIONAL REMAND ORDER FILED TODAY -- C-57 William D. Hillman, et al. v. Air Canada, et al., C.D. California, C.A. No. CV-84-6729LEW(Mcx) (E.D. Kentucky, C.A. No. 84-124) Notified involved counsel and judge (rh) |
| 86/06/02 | | CONDITIONAL REMAND ORDER FINAL TODAY -- C-57 William D. Hillman, et al. v. Air Canada, et al., C.D. California, C.A. No. CV-84-6792LEW(Mcx) (E.D. Kentucky, C.A. No. 84-124) -- Notified involved judge and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 569 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  IN RE AIR CRASH DISASTER AT COVINGTON, KENTUCKY, ON JUNE 2, 1983

SUMMARY OF LITIGATION

| Hearing Dates Jan. 26, 1984 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Feb. 24, 1984 | TO | Published 579 F Supp. 1051 | C.D. Calif. | Laughlin E. Waters | |

798-2971

Special Transferee Information

DATE CLOSED: July 1988

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 569 -- In re Air Crash Disaster at Covington, Kentucky, on June 2, 1983

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Gerald Bouchard v. Air Canada, et al., | E.D.Ky. K Tamun | 83-226 | 2/24/84 | 84-1539 | 3/20/86 D | |
| A-2 | Lorraine Drdul, etc. v. Air Canada, et al. | E.D.Ky. B telenun | 83-230 | FEB 2 4 1984 | 84-1540 | 3/20/86 D | |
| A-3 | Judith L. Helston, etc. v. Air Canada, et al. | E.D.Ky. Batelenun | 83-227 | FEB 2 4 1984 | 84-1541 | 3/20/86 D | |
| A-4 | Brenda June Mayne v. Air Canada, et al. | E.D.Ky. B Telenun | 83-228 | FEB 2 4 1984 | 84-1542 | 3/20/86 D | |
| A-5 | Shelagh M. Nicol, etc. v. Air Canada et al. | E.D.Ky. Batelenun | 83-231 | FEB 2 4 1984 | 84-1543 | 3/20/86 D | |
| A-6 | Catherine S. Rahal, etc. v. Air Canada, et al. | E.D.Ky. Batelenun | 83-229 | FEB 2 4 1984 | 84-1544 | 3/20/86 D | |
| A-7 | Audrie M. Ruttan v. Air Canada, et al. | E.D.Ky. Batelenun | 83-225 | FEB 2 4 1984 | 84-1545 | 3/20/86 D | |
| A-8 | Carole Diane Spruston, etc. v. Air Canada, et al. | E.D.Ky. | 83-224 | FEB 2 4 1984 | 84-1546 | 3/20/86 D | |
| A-9 | An Hoa Nguyen, et al. v. Air Canada et al. | N.D.Tex. Buchmeyer | 3-83-1049 R | FEB 2 4 1984 | 84-1532 | 3/25/86 D | |
| A-10 | Rosemary B. Drake, et al. v. McDonnell Douglas Corp. | C.D.Cal. Waters | CV83-6799 LEW (MCX) | | | 2' | |
| A-11 | Dale Thompson, et al. v. McDonnell Douglas Corp. | C.D.Cal. Hatter Waters | CV83-6826 LEW (MCX) | | | 2' | |
| A-12 | Susan M. Epprecht, et al. v. McDonnell Douglas Corp. | C.D.Cal. Kenyon Waters | CV83-6857 KN (JRX) | | | | |

DOCKET NO. 569 -- In re Air Crash Disaster at Covington, Kentucky, on June 2, 1983

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Diane Fadley, et al. v. Air Canada, et al. | N.D.Tex. 3-83-1385-R ~~Hill~~ Buchmeyer | | FEB 2 4 1984 | 84-1533 | 11/22/85 D | |
| A-14 | Harry Moseley, et al. v. Air Canada, et al. | N.D.Tex. 3-83-1289-R ~~Taylor~~ Buchmeyer | | FEB 2 4 1984 | 84-1534 | 11/22/85 D Remand 4/7/86 | |
| A-15 | Diana Mathes, et al. v. Air Canada, et al. | N.D.Tex. 3-83-1386-R ~~Porter~~ Buchmeyer | | FEB 2 4 1984 | 84-1535 | Remand 4/7/86 | |
| A-16 | Curtis M. Mathes v. Air Canada, et al. | N.D.Tex. 3-83-1327-R ~~Fish~~ Buchmeyer | | FEB 2 4 1984 | 84-1536 | | |
| A-17 | Carol Cox White, et al. v. Air Canada, et al. | ~~E.D.Tex. B-83-2223-R~~ ~~Parker~~ Fish Buchmeyer | | FEB 2 4 1984 | 84-1538 | 3/20/86 D | 14 to Tex D. |
| A-18 | Roy Grubbs v. Air Canada, et al. | N.D.Tex. 3-83-1516-R ~~Fish~~ Buchmeyer | | FEB 2 4 1984 | 84-1537 | 2/21/86 D | |
| A-19 | Betty Irene Pohl v. Air Canada, et al. | E.D.Ky. 83-235 Bertelsman | | FEB 2 4 1984 | 84-1547 | 3/20/86 D | |
| A-20 | Caroline A. Hull, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal. CV84-0116 Hatter | | | | ~~closed~~ ~~vacated~~ | |
| B-21 | Barry S. Flower v. Air Canada, et al. 2/28/84 | E.D.Ky. 83-264 Bertelsman | | MAR 1 5 1984 | 84-2663 | 3/20/86 D | |
| B-22 | Robert E. S. Lambert, et al. v. Air Canada 2/28/84 | E.D.Ky. 83-265 Bertelsman | | MAR 1 5 1984 | 84-2664 | 3/20/86 D | |
| B-23 | Anhoa Nguyen, et al. v. Air Canada, et al. 3/23/84 | N.D.Tex. 3-83-1496-R Buchmeyer | | 4/10/84 | 84-2669 | closed | |
| B-24 | Harry Moseley, et al. v. Air Canada, et al. 4-9-84 | N.D.Tex CA3-83-1501-R Buchmeyer | | 4/25/84 | 84-3286 | 6/6/86 D | |

DOCKET NO. 569 -- In re Air Crash Disaster at Covington, Kentucky, on June 2, 1983

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-25 | Diane A. Rogers, et al. v. Air Canada, et al. 5/11/51 | E.D. Ky. Bertelsman | 83-248 | 5/30/84 | 84-4267-LEW | 3/19/86 D | |
| B-26 | Gerald N. Vokey, et al. Air Canada, et al. 5/11/84 | E.D. Ky. Bertelsman | 84-3 | 5/30/84 | 84-4268 LEW | 3/19/86 D | |
| B-27 | Carol Cox White, et al. v. Air Canada, et al. 5/11/84 | E.D. Ky. Bertelsman | 84-17 | 5/30/84 | 84-4269 LEW | 3/19/86 D | |
| B-28 | Frank J. Korycki, et al. v. Air Canada, et al. 5/11/84 | E.D. Ky. Bertelsman | 84-26 | 5/30/84 | 84-4270-LEW | 3/21/86 D | |
| B-29 | Stuart Peikes, et al. v. Air Canada, et al. 5/11/84 | E.D. Ky. Bertelsman | 84-80 | 5/30/84 | 84-4271-LEW | 3/21/86 D | |
| B-30 | Norma Dale Esdaile, et al. v. Air Canada, et al. 5/11/84 | E.D. Ky. Bertelsman | 84-93 | 5/30/84 | 84-4272-LEW | 3/20/86 D | |
| B-31 | Carol Cox White, et al., v. Criton Corp., et al. 5/25/84 | W.D.Wash Coughenour | C84-428 | 6/12/84 | 84-4669 | 4/3/86 D | |
| XYZ-32 | Susan M. Epprecht v. Air Canada | C.D.Cal. | CV84-613 LEW (MCX) | | settled 7/31/86 | | |
| XYZ-33 | Rosemary B. Drake v. Air Canada | C.D.Cal | CV83-8478 LEW (MCX) | | " | Closed | |
| XYZ-34 | Dale Thompson v. Air Canada | C.D.Cal | CV84-816 LEW (MCX) | | | Closed | |

JBML FORM 1 -- Continuation ⊛

DOCKET NO. 569 -- In re Air Crash Disaster at Covington, Kentucky, on June 2, 1983

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-35 | Brenda J. Mayne v. Air Canada, et al. | C.D.Cal | CV84-3674-LEW | | | 11/22/85 | |
| XYZ-36 | Carol Cox White v. Air Canada, et al. | C.D.CAl | CV84-3793-LEW | | | 3/20/86 D | |
| XYZ-37 | Kimberly S. Saavedra v. Air Canada et al. | C.D.Cal | CV84-3794-LEW | | | 3/19/86 D | |
| XYZ-38 | Barry S. Flower v. Air Canada, et al. | C.D. Cal | CV84-3795-LEW | | | 3/19/86 D | |
| XYZ-39 | Gerald Bouchard v. Air Canada, et al. | C.D.Cal. | CV84-3796-LEW | | | 3/19/86 D | |
| XYZ-40 | Audrie M. Ruttan v. Air Canada, etal. | C.D.Cal. | CV84-3797-LEW | | | 3/19/86 D | |
| XYZ-41 | Kimberly S. Savedra v. Air Canada, et al. | C.D.Cal | CV84-3798-LEW | | | 3/19/86 D | |
| XYZ-42 | Kimberly S.Saavedra v. Air Canada | C.D.Cal. | CV84-3883-LEW | | | 3/19/86 D | |
| XYZ-43 | Kimberly S. Saavedra v. Air Canada, et al. | C.D. Cal | CV84-3884-LEW | | | 3/19/86 D | |
| XYZ-44 | Kimberly S. Saaverdra v. Air Canada, et al. | C.D.Cal. | CV84-3887-LEW | | | 3/19/86 D | |
| XYZ-45 | Kimberly S. Saavedra v. Air Canada, et al. | C.D.Cal. | CV84-3888-LEW | | | 3/21/86 D | |
| XYZ-46 | Kimberly S. Saavedra v. Air Canada, et al. | C.D.Cal. | CV84-3889-LEW | | | 3/19/86 D | |
| XYZ-47 | Kimberly S. Saavedra v. Air Canada et al, | C.D.Cal. | CV84-3890-LEW | | | 3/21/86 D | |
| XYZ-48 | Kimberly S. Saavedra v. Air Canada et al. | C.D.Cal. | CV84-3891-LEW | | | 3/21/86 D | |
| XYZ-49 | Kimberly S. Saavedra v. Air Canada et al. | C.D.Cal. | CV84-3892 -LEW | | | 3/19/86 D | |

DOCKET NO. 567 -- In re Air Crash Disaster at Covington, Kentucky, on June 2, 1983

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-50 | Kimberly S. Saavedra v. Air Canada, et al. | C.D.Cal. | CV84-3894-LEW | | | 3/19/86 D | |
| XYZ-51 | Kimberly S. Saavedra v. Air Canada | C.D. Cal | CV84-4010-LEW | | | 3/19/86 D | |
| XYZ-52 | Melinda C. Mathes v. Air Canada, et al. | C.D.Cal | CV84-4021-LEW | | | 4/24/86 D | |
| XYZ-53 | Kimberly S. Saavedra v. Air Canada | C.D. Cal | CV84-4022-LEW | | | 3/19/86 D | |
| XYZ-54 | Kimberly S. Saavedra v. Air Canada, et al. | C.D. Cal | CV84-3893 | | | 3/2/86 D | |
| | *July 1984 - 27 TR / 27 XYZ / 54 Pdg.* | | | | | | |
| XYZ-55 | Commission Delasante et de la Securite du Travail v. McDonnell Douglas Corp., et al. | C.D. Cal | CV84-4072-LEW | | | ✓ closed | telcon Darcy 4/ |
| C-56 | William D. Hillman, etc. v. Air Canada, et al. 6-28-84 | E.D.Ky. Bertelsman | 84-123 | 8/28/84 | 84-6728 | 5/28/86 D | |
| C-57 | William D. Hillman, etc. v. Air Canada, et al. 6-28-84 OPPOSED JUL 12, 1984 | E.D.Ky. Bertelsman | 84-124 | 8/28/84 | 84-6729 | 6-2-86 on CRO | |
| C-58 | William D. Hillman, et al. v. Tenneco Chemicals, Inc., et al. 6-28-84 | E.D.Ky. Bertelsman | 84-127 | 7/16/84 | 84-5593 | | |
| C-59 | William D. Hillman, etc. v. Tenneco Chemicals, Inc., et al. 6-28-84 | E.D.Ky. Bertelsman | 84-128 | 7/16/84 | 84-5594 | 3/31/86 D | |
| C-60 | Laura Kayama, et al. v. McDonnell Douglas Corp. 6-28-84 | D.Md. Ramsey | R-84-2211 | 7/16/84 | 84-5595 | ✓ closed | |
| C-61 | Melinda C. Mathes, etc. v. Air Canada Corp., et al. 6-28-84 | N.D.Tex. Fish | CA3-84-0871 | 7/16/84 | 84-5596 | 4/7/86 Remand | |

DOCKET NO. 569 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-62 | Melinda C. Mathes, etc. v. Criton Corp., et al.  6-24-84 | W.D.Wash. Coughenour | C84-722 | 7/16/84 | 84-5597 | 2/28/86 D | |
| C-63 | Norma Dale Esdaile, etc. v. Criton Corp., et al.  6-24-84 | W.D.Wash. Coughenour | C84-723 | 7/16/84 | 84-5598 | 3/20/86 D | |
| C-64 | Lorraine Caroline Doyle, et al. v. Criton Corp., et al.  6-24-84 | W.D.Wash. Coughenour | C84-724 | 7/16/84 | 84-5599 | 3/19/86 D | |
| C-65 | Doris Eldeen Roeher, etc. v. Criton Corp., et al.  6-24-84 | W.D.Wash. Rothstein | C84-725 | 7/16/84 | 84-5600 | 3/20/86 D | |
| C-66 | Ethel May Burgess, etc. v. Criton Corp., et al.  6-24-84 | W.D.Wash. Coughenour | C84-726 | 7/16/84 | 84-5601 | 3/20/86 D | |
| XYZ-67 | Kimberly S. Saavedra v. Air Canada et al | C.D.Cal. | CV84-3847 | | | 3/20/86 D | |
| D-68 | Theophano Tarala v. McDonnell Douglas Corp. et al.  8/14/84 | N.D.Cal. Lynch | C-84-4410-EFL | 8/30/84 | 84-6727 | 5/7/86 D | |
| XYZ-69 | Caroline A. Hull v. Mc Donnell Douglas Corp., et al.   DID NOT COUN | C.D.Cal. Waters | CV84-116-LEW(MCX) | duplicate see A-20 do not count | | | |
| XYZ-70 | Commission De La Sante, et de la Securite De Travail v. McDonnell Douglas Corp., et al. | C.D.Cal Waters | CV84-4073-LEW(MCX) | | | 3/7/86 D | |

July 1985 - 12 TR; 4 XYZ; 10 Pdg.

DOCKET NO. 569 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-71 | Laura Kayama, et al. v. E.I. Dupont De Nemours & Co. 1-10-85 | D.Del. Wright | 85-330 | 7/26/85 | 85-5569 | 3/17/86 D | |
| E-72 | Laura Kayama, et al. v. Fairchild Industries, Inc. 1-18-85 | D.Md. Hargrove | HAR-85-2292 | 7/26/85 | 85-6603 | closed | |
| E-73 | Laura Kayama, et al. v. Gencorp, Inc. a/k/a General Tire & Rubber Co. 1-18-85 | S.D.Ohio Spiegel | C-1-85-1038 | 7/26/85 | 85-5351 | 3/17/86 D | |
| E-74 | Laura Kayama, et al. v. Criton Corp., et al. 1-10-85 | W.D.Wash. Voorhees | C-85-957-V | 7/26/85 | 85-5222 | closed open | |
| XYZ-75 | Laura Kayama, et al. v. Criton Corp., et al. | C.D.CAL. Waters | C85-3667- | | | closed | |

July 1986 - 4 tR / 1 Dup XYZ / 4 Rem / 58 Dis / 12 Pdg
1 XYZ (75)
July 1987 - 4 Dis / 8 Pending
July 1988 - Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 569 -- In re Air Crash Disaster at Covington, Kentucky, on

June 2, 1983

---

BETTY IRENE POHL (A-19)
GERALD BOUCHARD (A-1)
KORRAINE DRDUL, ETC. (A-2)
JUDITH L. HELSTON, ETC. (A-3)
BRENDA JUNE MAYNE (A-4)
SHELAGH M. NICOL, ETC. (A-5)
CATHERINE S. RAHAL, ETC. (A-6)
AUDRIE M. RUTTAN (A-7)
CAROLE DIANE SPRUSTON, ETC. (A-8)
Gerard R. Lear, Esquire
Speiser, Krause & Madole
1216 16th Street, N.W.
Washington, D.C. 20036

AN HOA NGUYEN, ET AL. (A-9)
DIANE FADLEY, ET AL. (A-13)
HARRY MOSELEY, ET AL. (A-14)
ROY GRUBBS (A-18)
Windle Turley, Esq.
6400 N. Central Expressway
1000 University Tower
Dallas, Texas 75206

ROSEMARY B. DRAKE, ET AL. (A-10)
DALE THOMPSON, ET AL. (A-11)
SUSAN M. EPPRECHT (A-12)
Milton G. Sincoff, Esqurie
Kreindler & Kreindler
100 Park Avenue
New York, New York 10017

DIANA MATHES, ET AL. (A-15)
CURTIS M. MATHES (A-16)
Boyd Waggoner, Esq.
825 One Main Place
Dallas, Texas 75250

CAROL COX WHITE, ET AL. (A-17)
Blake C. Erskine, Esq.
Erskine, Smith & McMahon
P.O. Box 3485
426 North Center
Longview, Texas 75606

AIR CANADA
L. S. Carsey, Esquire
Fullbright and Jaworski
Bank of the Southwest Building
8th Floor
Houston, Texas

McDONNELL DOUGLAS CORPORATION
John J. Hennelly, Jr., Esquire
Bryan, Cave, McPheeters & McRoberts
500 North Broadway, 21st Floor
St. Louis, Missouri 63102

GENERAL TIRE & RUBBER COMPANY
Richard E. Guster, Esquire
Roetzel & Andress
75 East Market Street
Akron, OH 44308

CRITON CORPORATION
James M. Fitzsimons, Esquire
Mendes and Mount
3 Park Avenue
New York, New York 10016

E. I. DUPONT DE NEMOURS & CO.
Robert C. Ewald, Esquire
Watt, Tarrant, & Combs
2600 Citizens Plaza
Louisville, Kentucky 40202

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2____

DOCKET NO. 569 ___ -- ___ IN RE AIR CRASH DISASTER AT COVINGTON KENTUCKY ON JUNE 2, 1983

FAIRCHILD INDUSTRIES, INC.
Marshall S. Turner, Esquire
Condon & Forsyth
1251 Avenue of the Americas
New York, New York  10020

CAROLINE A. HULL, ETC. (A-20)
Leslie A. Lupert, Esquire
Orans, Elsen & Lupert
One Rockefeller Plaza
New York, New York 10020


BARRY S. FLOWERS (B-21)
ROBERT E. S. LAMBERT (B-22)
Gerald S. Lear, Esq.
(Same as A-1)


ANHOA NGUYEN, ET AL. (B-23)
Windle Turley, Esq.

(Same as A-9)

HARRY MOSELEY, ET AL. (B-24)
Windle Turley, Esquire
Same as (A-9)

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 569 -- IN RE AIR CRASH DISASTER AT COVINGTON KENTUCKY ON JUNE 2, 1983

Local counsels in B-25 thru B-30 only

---

DIANE A. ROGERS (B-25)
GERALD N. VOKEY (B-26)
CAROL COX WHITE (B-27)
FRANK J. KORYCKI (B-28)
STUART PEIKES (B-29)
NORMA DALE ESDAILE (B-30)
Stanley M. Chesley, Esquire
Waite, Scheider, Bayless & Chesley
1318 Central Trust Tower
Cincinnati, Ohio  45202

Donald W. Madole, Esquire
Speiser, Krause & Madole
1216 16th Street, N.W.
Washington, D. C.  20036

DIANE A. ROGERS (B-25)
C. Raymond Harris, Esquire
92 King Street East
Hamilton, Ontario  Canada  L8N 1A8

STUART PEIKES (B-29)
Samuel Godinsky, Esquire
Phillips, Friedman & Kotler
Suite 1400
Plade Ducanda
Montreal, Quebeck Canada  H3B 2P8

NORMA DALE ESDAILE (B-30)
Adrian T. Hewitt, Esquire
Hewitt, Hewitt, Nesbitt & Reid
Fuller Building
75 Albert Street
Ottawa, Canada  K1P 5E7

GENERAL TIRE AND RUBBER CO. Defendant
in (B-25 thru B-30)
Bruce M. Allman, Esquire
1700 Central Trust Tower
Cincinnati, Ohio  45202

MCDONNELL DOUGLAS CORP., Defendant
in (B-25 thru B-30)
William T. Warner, Esquire
Fifth Floor, Hart Block Bldg.
730 W. Main Street
Louisville, KY  40202

FAIRCHILD INDUSTRIES, INC.,
Defendant in (B-26 thru B-28)
Larry C. West, Esquire
600 First National Bank Bldg.
P.O. Box 548
Covington, Kentucky  41012

E.I. DUPONT DE NEMOURS & CO.
Defendant in (B-29)
Raymond Ripple, Esq.
Legal Department
1009 Market Street
Wilmington, Delaware  19894

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _4/_____

DOCKET NO. 569 __ -- IN RE AIR CRASH DISASTER AT CONVINGTON, KENTUCKY ON JUNE 2, 83

CAROL COX WHITE, ET AL. (B-31)
Richard F. Krutch, Esquire
Krutch, Lindell, Judins
& Keller,
1500 IBM Building
Seattle, Washington,  98101


~~Criton Corp.~~
Heath Tecna Precision Structures, Inc.

~~Defendant in B-31~~

Robert C. Kelley, Esquire
Oseran, Hahn, Kelley & Spring
300 Business Center Building
777-106th Avenue N.E.
Bellevue, Washington  98004


Defts. in C-58 and C-59

ROHM AND HAAS COMPANY
Allen L. Neelley, Esquire
Smaltz and Neeley
530 West Sixth Street
Tenth Floor
Post Office Box 2158 T.A.
Los Angeles, California 90051

JPML FORM 2A -- Continuation  ⊛

Counsel of Record -- p. __5__

DOCKET NO. 569 __ -- In re Air Crash Disaster at Covington, Kentucky, on June 2, 1983

---

WILLIAM D. HILLMAN, ETC., ET AL.
(C-56 - C-59)
Stanley M. Chesley, Esq.
1513 Central Trust Tower
Cincinnati, Ohio  45202

Speiser, Krause & Modole
(See A-8)

LAURA KAYAMA, ET AL. (C-60)

Michael J. Pangia, Esq.
Smiley, Olson, Gilman & Pangia
1815 H Street, N.W.
Washington, D.C.  20006

MELINDA C. MATHES, ETC. (C-61)
James E. Coleman, Jr., Esq.
Carrington, Coleman, Sloman
  & Blumenthal
2500 South Tower
Plaza of the Americas
Dallas, Texas  75201

Speiser, Krause & Madole
(See A-8)

MELINDA C. MATHES, ETC. (C-62)
NORMA DALE ESDAILE, ETC. (C-63)
LORRAINE CAROLINE DOYLE, ET AL. (C-64)
DORIS ELDEEN ROEHER, ETC. (C-65)
ETHEL MAY BURGESS, ETC. (C-66)
Richard F. Krutch, Esq.
(See B-31)

NEWPORT ADHESIVES
Stan Hartford, Esq.
10403 Los Alamitos Blvd.
Los Angeles, CA  90720

GENERAL PLASTICS MFG. CORP.
Richard F. Allen, Esq.
G. Val Tollefson, Esq.
David T. Hunter, Esq.
3800 Ranier Bank Tower
Seattle, Washington  98101

NORTH CAROLINA FOAM INDUSTRIES, INC.
Edward Rectenwald, Esq.
Rectenwald, O'Reilly, Fowler
  & Hayes
721 W. Market Street
Louisville, Kentucky  40202

LANGENTHAL CORP.
Don Stepner, Esq.
Marc D. Dietz, Esq.
Adams, Brooking & Stepner
421 Garrard Street
Covington, Kentucky  41012

DAVIDSON PRODUCTS, INC.
G. Richard Wilson, Esq.
Ware, Bryon, West, Hiltz
  & Bartlett
600 1st National Bank Bldg.
P.O. Box 548
Covington, Kentucky  41012

REXHAM CORP.
Nolan Carter, Jr., Esq.
Boehl, Stother, Graves & Deindoerfer
444 W. 2nd Street
Lexington, Ky.  40508

POLYPLASTEX INTERNATIONAL, INC.
Mortimer Natkins, Esq.
185 Madison Ave., 14th Floor
New York, New York  10016

GENERAL TIRE AND PLACTICS
  INTERNATIONAL
George S. Petkoff, Esq.
Joseph W. Barnwell, Esq.
Petkoff, Lancaster & Barnwell
Suite 2518
100 N. Main Bldg.
Memphis, Tenn.  38103

B.F. GOODRICH COMPANY
Joseph E. Gregorich, Esq.
Kirtland & Packard
Sixth Floor
626 Wilshire Boulevard
Los Angeles, CA  90017

Case MDL No. 569   Document 1   Filed 06/02/15   Page 23 of 26

JPML FORM 2A -- Continuation

DOCKET NO. 569 -- IN RE AIR CRASH DISASTER AT COVINGTON KENTUCKY ON JUNE 2, 1983

UNIROYAL, INC.
Marshall M. Pearlman, Esq.
Rutan & Tucker
611 Anton Blvd.
Suite 1400
Costa Mesa, CA  92626

DOW CHEMIAL CO.
Gerald L. Baldwin, Esq.
2500 Central Trust Center
210 East Fifth Street
Cincinnati, Ohio  45202

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 569 -- IN RE AIR CRASH DISASTER AT COVINGTON KENTUCKY ON JUNE 2, 1983

---

THEOPHANO TARALA (D-68)
Gerald C. Sterns, Esquire
Sterns, Smith & Walker
280 Utah Street
San Francisco, Calfiornia 94102

LAURA KAYAMA, ET AL. (E-71-E-74)
Jeffrey B. Bove, Esq.
1220 Market Building
P.O. Box 2207
Wilminton, Delaware  19899

Michael J. Pangia, Esq.
Smiley, Olson, Gilman & Pangia
1815 H Street, N.W.
Washington, D.C.  20006

Ian Herzog, Esq.
10880 Wilshire Blvd.
Los Angeles, CA  90024

Riggs, Riggs, Walker
25 Erlanger Road
Erlanger, KY  41018-0066

Paul D. Bekman, Esq.
Suit 600, Jefferson Bldg.
2 East Fayette Street
Baltimore, Maryland  21201

Richard F. Krutch, Esq.
Krutch, Lindell, Judkins
   & Keller
1500 IBM Bldg.
1200 Fifth Avenue
Seattle, Washington  98101

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 569 -- IN RE AIR CRASH DISASTER AT COVINGTON, KENTUCKY,
ON JUNE 2, 1983

| Name of Party | Named as Party in Following Actions |
|---|---|
| Air Canada | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-13, A-14, A-15, A-16, A-17, A-18, A-19, B-20, B-21, B-22, B-23, B-24, B-25, B-26, B-27, B-28, B-29, B-30, C-56, 57, 60, D-68 |
| McDonnell Douglas Corp. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, B-20, B-21, B-22, B-23, B-24, B-25, B-26, B-27, B-28, B-29, B-30, C-56, 57, 60, 61, D-68 |
| Criton Corp. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-19, B-21, B-22, B-25, B-26, B-27, B-28, B-29, B-30, B-31, C-56, 57, 61, 62, 63, 64, 65, 66, E-74 |
| Fairchild Industries, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-19, A-21, B-22, B-25, B-26, B-27, B-28, B-29, B-30, C-56, 57, 61, E-72 |
| E. I. Dupont De Nemours and Co. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-19, A-20, B-21, B-22, B-25, B-26, B-27, B-28, B-29, B-30, C-56, 57, E-71 |
| General Tire and Rubber Co. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-19, A-20, B-21, B-22, B-25, B-26, B-27, B-28, B-29, B-30, C-56, 57, E-73 |
| Heath Tecna Precision Structures, Inc. | A-20, B-31, C-56, 57, 61, 62, 63, 64, 65, 66 |
| North Carolina Foam Industries, Inc. | C-56, 57 |
| Langenthal Corp. | C-56, 57 |
| Uniroyal, Inc. | C-56, 57 |
| Dow Chemical Co. | C-56, 57 |

p. 2

| | |
|---|---|
| Newport Adhesives | C-56, 57 |
| General Plastics Corp. | C-56, 57, 58, 59 |
| Davidson Products, Inc. | C-56, 57 |
| Rexham Corp. | C-56, 57 |
| B.F. Goodrich | C-56, 57 |
| Polyplastex Int'l, Inc. | C-56, 57, 58, 59 |
| General Tire & Plastics Int'l | C-56, 57 |
| Tennaco Chemicals, Inc. Nyon-Baldwin Div. | C-58, 59 |
| American Hoescht. | C-58, 59 |
| Rahm & Haas Co. | C-58, 59 |
| Fairchild, Burns Co. | C-61 |